**Order entered April 26, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01266-CV

### MARTIN BETTWIESER, Appellant

### V.

### SANDRA K. JEFFERY F/N/A SANDRA K. DILL INDIVIDUALLY AND AS ADMINISTRATOR AND PERSONAL REPRESENTATIVE OF THE ESTATE OF THOMAS KARL BETTWIESER, DECEASED, AND KEVIN JEFFERY, Appellees

**On Appeal from the County Court at Law**
**Bastrop County, Texas**
**Trial Court Cause No. 17-18735**

## ORDER

Before the Court are appellees' motion to dismiss the appeal and second motion for an extension of time to file their brief on the merits. We **DENY** appellees' motion to dismiss the appeal. We **GRANT** appellees' motion for an extension of time to file their brief and extend the time to **May 30, 2019**. We caution appellees that further extension requests will be disfavored.

/s/     ERIN A. NOWELL
         JUSTICE